**FRIDAY, JUNE 19, 2020 AT 11:10 A.M.**

## IN THE SUPREME COURT OF THE STATE OF IDAHO

| | | |
|---|---|---|
| ANGELA DENISE JOHNSON, | ) | |
| | ) | |
|   Petitioner-Appellant, | ) | |
| | ) | |
| v. | ) | **Docket No. 47927** |
| | ) | |
| PATRICK RICH MURPHY, | ) | |
| | ) | |
|   Respondent. | ) | |
| | ) | |

Appeal from the District Court of the First Judicial District of the State of Idaho, Kootenai County. James D. Stow, District Judge.

Bolton Law, PLLC, Coeur d'Alene, for Appellant.

Hague Law Offices, PLLC, Coeur d'Alene, for Respondent.

---

This appeal presents a child custody dispute. Angela Johnson and Patrick Murphy were never married and have a four-year-old son together. After the parties separated and Johnson moved back to Boise from Coeur d'Alene, Johnson filed a petition for paternity, custody, visitation, and support. The Kootenai County magistrate court awarded the parties joint legal and physical custody of their son. Regarding physical custody, the court awarded Murphy primary physical custody, unless Johnson moved back to Coeur d'Alene at which point she would have physical custody half of the time. On appeal, Johnson contends that the magistrate court's decision on custody was an abuse of discretion and requires reversal.